```
1  David N. Kuhn - State Bar No. 73389
   Attorney-at-Law
2  144 Hagar Avenue
   Piedmont, CA 94611
3  Telephone:(510)653-4983
   E-mail: dnkuhn@pacbell.net
4  Attorney for plaintiff Gregory Bender
```

*E-FILED - 8/19/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01150 RMW |
| | ) |
| Plaintiff, | ) ORDER ON STIPULATION RE: |
| vs. | ) RESCHEDULING INITIAL CASE |
| | ) MANAGEMENT CONFERENCE |
| TRIDENT MICROSYSTEMS, INC., a | ) |
| Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

The parties to the above-captioned action, through counsel, having stipulated that the initial case management conference herein may be rescheduled and so held on September 25, 2009, at 10:30 a.m.; and

Good cause appearing.

Date: 8/19/09

IT IS SO ORDERED.   _Ronald M. Whyte_
                    UNITED STATES DISTRICT JUDGE

Order on stipulation to reschedule cmc.

Page 1