```
David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender
```

*E-FILED - 1/14/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01150 RMW |
| | ) |
| Plaintiff, | ) ORDER ON STIPULATION RE: |
| vs. | ) RESCHEDULING CASE MANAGEMENT |
| | ) CONFERENCE |
| TRIDENT MICROSYSTEMS, INC., a | ) |
| Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

The parties to the above-captioned action, through counsel, having stipulated that the case management conference herein currently scheduled for January 15, 2010, may be rescheduled and so held on February 26, 2010, at 10:30 a.m.; and

Good cause appearing.

IT IS SO ORDERED.

*/s/ Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE

Date: 1/14/10

Page 1
Order on stipulation to reschedule cmc
Case No. 09-01150 RMW