1  David N. Kuhn (SBN 73389)
   Attorney-at-Law
2  144 Hagar Avenue
   Piedmont, California 94611
3  Telephone: (510) 653-4983
   Facsimile: (510) 653-4983
4  dnkuhn@pacbell.net
   Attorney for Plaintiff/ Counter-Defendant
5  GREGORY BENDER

6  MARK D. FOWLER (SBN 124235)
   mark.fowler@dlapiper.com
7  DAVID ALBERTI (SBN 220625)
   david.alberti@dlapiper.com
8  MARC BELLOLI (SBN 244290)            *E-FILED - 4/15/10*
   marc.belloli@dlapiper.com
9
   DLA PIPER LLP (US)
10 2000 University Avenue
   East Palo Alto, California 94303
11 Telephone: (650) 833-2000
   Facsimile: (650) 833-2001
12
   Attorneys for Defendant/Counterclaimant
13 TRIDENT MICROSYSTEMS, INC.

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN JOSE DIVISION
17

18
   GREGORY BENDER,                      Case No. 09-01150-RMW-HRL
19
              Plaintiff – Counterclaim  **STIPULATION AND** XXXXXXXX **ORDER**
20            Defendant,                **OF DISMISSAL OF CLAIMS AND**
                                        **COUNTERCLAIMS WITH PREJUDICE**
21      vs.

22 TRIDENT MICROSYSTEMS, INC.           Judge: Hon. Ronald M. Whyte

23            Defendant – Counterclaimant.

24

25

26

27

28

1  Plaintiff and Counter-Defendant Gregory Bender ("Bender") and Defendant and
2  Counterclaimant Trident Microsystems, Inc. ("Trident") hereby submit this Stipulation of Dismissal.
3  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Bender and Trident
4  hereby stipulate to dismiss with prejudice all claims and counterclaims in this action asserted by
5  Bender against Trident and by Trident against Bender. Bender and Trident stipulate that each will bear
6  its own costs and attorneys' fees relating to the dismissed claims.
7  IT IS SO STIPULATED.

9  Dated: March 11, 2010                    Respectfully submitted,
10                                          DLA PIPER LLP (US)

12                                          By:  _____/s/ David Alberti_____
                                                     David Alberti
13                                          Attorneys for Defendant/Counterclaimant
                                            TRIDENT MICROSYSTEMS, INC.

15  In accordance with General Order No. 45, Section X(B), the above signatory attests that
    concurrence in the filing of the document has been obtained from the signatory below.

16  Dated: March 11, 2010                    DAVID N. KUHN

19                                          By:  _____/s/ David N. Kuhn_____
                                                     David N. Kuhn
20                                          Attorneys for Plaintiff/Counterclaim
                                            Defendant
21                                          GREGORY BENDER

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED**
24  Dated: ___4/15___, 2010                 _____Ronald M. Whyte_____
                                            Hon. Ronald M. Whyte
25                                          Judge, United States District Court

-1-

Case No. 5:09-cv-1150 RMW-HRL
STIPULATION AND |XXXXXXX ORDER OF DISMISSAL
WITH PREJUDICE
DM_US:23125064_1